A. STERN & COMPANY, Appellant, *v.* AVEDON & COMPANY, INCORPORATED, Respondent.

*Landlord and tenant — when law will imply lease for new term of one year.*

*Stern & Co.* v. *Avedon & Co., Inc.*, 194 App. Div. 433, affirmed.
(Submitted April 18, 1921; decided May 3, 1921.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 17, 1920, which reversed a determination of the Appellate Term reversing an order of the Municipal Court of the city of New York awarding to defendant possession of certain premises in dispossess proceedings and affirmed the order of the Municipal Court. Plaintiff leased a building on Fifth avenue in the city of New York and sublet a portion thereof to defendant. The sublease having expired, defendant remained in possession, paying the same rent for another year. On the last day of that year plaintiff informed defendant that "for the next year I will have to increase your rent," and after some discussion the amount of

increase was agreed upon and defendant paid rent at the increased rate for the following month. Before the expiration of said month plaintiff notified defendant that at the commencement of the next month his rent would be largely increased. Defendant refusing to pay, dispossess proceedings were commenced. The Appellate Division held that the law implied a lease for a new term of one year.

*David Harrison* and *Simon T. Stern* for appellant.
*Alfred A. Walter* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.